# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **TEPICA WRIGHT,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:17-cv-13123 |
| **ALLY FINANCIAL, INC.,** | ) HON. BERNARD A. FRIEDMAN |
| **Defendant.** | ) |

## STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

*/s/ Ethan Geoffrey Ostroff*  
Ethan Geoffrey Ostroff, Esq.  
Troutman Sanders LLP  
222 Central Park Avenue  
Suite 2000  
Virginia Beach, VA 23462  
Phone: 757-687-7541  
Fax: 757-687-7510  
Email: ethan.ostroff@troutmansanders.com  
Attorney for the Defendant

Date: January 25, 2019

*/s/ Amy L. Bennecoff Ginsburg*  
Amy L. Bennecoff Ginsburg, Esq.  
Kimmel & Silverman, P.C.  
30 East Butler Pike  
Ambler, PA 19002  
Phone: 215-540-8888  
Fax: 877-788-2864  
Email: aginsburg@creditlaw.com  
Attorney for Plaintiff

Date: January 25, 2019

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **TEPICA WRIGHT,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 2:17-cv-13123<br>) HON. BERNARD A. FRIEDMAN |
| **ALLY FINANCIAL, INC.,** | )<br>) |
| Defendant. | )<br>)<br>) |

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the parties, Plaintiff, Tepica Wright, Defendant, Ally Financial, Inc., filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated: January 25, 2019  
Detroit, Michigan

s/Bernard A. Friedman  
BERNARD A. FRIEDMAN  
SENIOR U.S. DISTRICT JUDGE